IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RON MARSHALL, in his official capacity as Representative of the 87th Legislative District, Montana House of Representatives,<br><br>Petitioner,<br><br>v.<br><br>THE ALTRIA GROUP, INC., NJOY HOLDINGS, INC., R.J. REYNOLDS TOBACCO COMPANY and, R.J. REYNOLDS VAPOR COMPANY,<br><br>Respondents. | CV 25–13–H–DLC<br><br><br>ORDER |

    Defendants The Altria Group, Inc. and NJOY Holdings, Inc. have moved for the admission of attorney Frank Cruz-Alvarez of Arnold & Porter Kay Scholer LLP, pro hac vice, in the above-captioned matter. (Doc. 8.) It appears that Emma Mediak of Garlington, Lohn & Robinson, PLLP will serve as local counsel in this matter. (Doc. 8-1 at 3.) Mr. Cruz-Alvarez's application (Doc. 8-1) complies with this Court's Local Rules governing the admission of counsel pro hac vice. L.R. 83.1(d).

1

Accordingly, IT IS ORDERED that the motion (Doc. 8) is GRANTED on the condition that Mr. Cruz-Alvarez does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Cruz-Alvarez shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Cruz-Alvarez files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 21st day of February, 2025.

_____
Dana L. Christensen, District Judge
United States District Court