IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RON MARSHALL, in his official capacity as Representative of the 87th Legislative District, Montana House of Representatives,<br><br>Petitioner,<br><br>v.<br><br>THE ALTRIA GROUP, INC., NJOY HOLDINGS, INC., R.J. REYNOLDS TOBACCO COMPANY and, R.J. REYNOLDS VAPOR COMPANY,<br><br>Respondents. | CV 25–13–H–DLC<br><br><br>ORDER |

Defendants The Altria Group, Inc. and NJOY Holdings, Inc. have moved for the admission of attorney Paul W. Rodney of Arnold & Porter Kay Scholer LLP, pro hac vice, in the above-captioned matter. (Doc. 9.) It appears that Emma Mediak of Garlington, Lohn & Robinson, PLLP will serve as local counsel in this matter. (*Id.* at 2.) Mr. Rodney's application (Doc. 9-1) complies with this Court's Local Rules governing the admission of counsel pro hac vice. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 9) is GRANTED on the condition that Mr. Rodney does his own work. This means that he must: (1) do

1

his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Rodney shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Rodney files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 21st day of February, 2025.

_____
Dana L. Christensen, District Judge
United States District Court