IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RON MARSHALL,<br>in his official capacity as<br>Representative of the 87th Legislative<br>District, Montana House of<br>Representatives,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THE ALTRIA GROUP, INC., NJOY<br>HOLDINGS, INC., R.J. REYNOLDS<br>TOBACCO COMPANY<br>and, R.J. REYNOLDS VAPOR<br>COMPANY,<br><br>　　　　Respondents. | CV 25–13–H–DLC<br><br><br><br>ORDER |

Respondents R.J. Reynolds Tobacco Company and R.J. Reynolds Vapor Company have moved for the admission of attorney Emily A. Sickelka of Greenberg Traurig, LLP, pro hac vice, in the above-captioned matter. (Doc. 11.) It appears that Charles E. Hansberry and Jenny M. Jourdonnais of Hansberry & Jourdonnais, PLLC will serve as local counsel in this matter. (*Id.* at 2.) Ms. Sickelka's application (Doc. 11-1) complies with this Court's Local Rules governing the admission of counsel pro hac vice. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 11) is GRANTED on the condition that Ms. Sickelka does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Sickelka shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Sickelka files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 21st day of February, 2025.

Dana L. Christensen, District Judge
United States District Court

2