IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RON MARSHALL,<br>in his official capacity as Representative of the 87th Legislative District, Montana House of Representatives,<br><br>Petitioner,<br><br>v.<br><br>THE ALTRIA GROUP, INC., NJOY HOLDINGS, INC., R.J. REYNOLDS TOBACCO COMPANY and, R.J. REYNOLDS VAPOR COMPANY,<br><br>Respondents. | CV 25–13–H–DLC<br><br><br>ORDER |

Respondents R.J. Reynolds Tobacco Company and R.J. Reynolds Vapor Company have moved for the admission of attorney Stephen L. Saxl of Greenberg Traurig, LLP, pro hac vice, in the above-captioned matter. (Doc. 12.) It appears that Charles E. Hansberry and Jenny M. Jourdonnais of Hansberry & Jourdonnais, PLLC will serve as local counsel in this matter. (*Id.* at 2.) Mr. Saxl's application (Doc. 12-1) complies with this Court's Local Rules governing the admission of counsel pro hac vice. L.R. 83.1(d).

1

Accordingly, IT IS ORDERED that the motion (Doc. 12) is GRANTED on the condition that Mr. Saxl does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Saxl shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Saxl files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 21st day of February, 2025.

_____
Dana L. Christensen, District Judge
United States District Court