IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RON MARSHALL, in his official capacity as Representative of the 87th Legislative District, Montana House of Representatives,<br><br>Petitioner,<br><br>v.<br><br>THE ALTRIA GROUP, INC., NJOY HOLDINGS, INC., R.J. REYNOLDS TOBACCO COMPANY and, R.J. REYNOLDS VAPOR COMPANY,<br><br>Respondents. | CV 25–13–H–DLC<br><br><br>ORDER |

Before the Court is Petitioner's Motion for Remote Testimony. (Doc. 25.) Through the Motion, Petitioner requests that the Court allow Dr. Michael Pesko, P.H.D. to appear remotely at the February 24, 2025 hearing in the above-captioned matter. Respondents do not oppose.

Accordingly, IT IS ORDERED that the Motion (Doc. 25) is GRANTED. The Court will communicate instructions to appear via Zoom directly to counsel.

DATED this 21st day of February, 2025.

Dana L. Christensen, District Judge
United States District Court