IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RON MARSHALL, in his official capacity as Representative of the 87th Legislative District, Montana House of Representatives,<br><br>Petitioner,<br><br>v.<br><br>THE ALTRIA GROUP, INC., NJOY HOLDINGS, INC., R.J. REYNOLDS TOBACCO COMPANY and, R.J. REYNOLDS VAPOR COMPANY,<br><br>Respondents. | CV 25–13–H–DLC<br><br><br>ORDER |

Before the Court is Petitioner Ron Marshall's Notice of Dismissal with Prejudice. (Doc. 48.) Through the Notice, Petitioner requests that the Court dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.* at 2.)

Rule 41(a)(1)(A)(i) allows a Plaintiff to dismiss "an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, none of the Respondents have filed an answer or a motion for summary judgment. As such, the Court finds that dismissal is appropriate.

1

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close this file.

DATED this 26th day of February, 2025.

Dana L. Christensen, District Judge
United States District Court